# UNITED STATES DISTRICT COURT

for the EASTERN DISTRICT
AT KNOXVILLE, TENNESSEE

2014 DEC 17 A 11:4

ANTWON GORDON )
Plaintiff/Petitioner )

Terry Barlow, Patrick Hankins, David Sexton, Charles Sweat, Brandon Foster, Jason Gilbert, Deputy Comm of Operation James Woodall, State of Tennessee T.D.O.C, & unknown Correctional Officers,

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: Morgan Co. Correctional Complex. If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ ________, and my take-home pay or wages are: $ ________ per *(specify pay period)* ________.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

4. Amount of money that I have in cash or in a checking or savings account: $ Ø.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

N/A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

N/A

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

N/A

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

No

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 12-07-14

[signature]
*Applicant's signature*

Antwon Gordon
*Printed name*

LTFE                TRUST FUND TRANSACTIONS          DATE: 11/24/14
BI19B39                       SELECT                          TIME: 01:52

Account: 00403067 GORDON, ANTWON                          Actual Site: MCCX
Status: ACTV Sex: M Race: B Age: 28                        Assigned Site: MCCX
Current Balance: 16.73 Pending Balance:

| S | Trans Date | Seq No | Transaction Type/Code/Amount | | | Trans Site | Current Amount | Pend Amount |
|---|---|---|---|---|---|---|---|---|
| | 11/20/2014 | 1 | D | COM | 41.36 | MCCX | 16.73 | |
| | 11/14/2014 | 3 | C | ADJ | 3.00 | MCCX | 58.09 | |
| | 11/14/2014 | 2 | C | VSC | 25.00 | MCCX | 55.09 | |
| | 11/14/2014 | 1 | C | VPC | 30.00 | MCCX | 30.09 | |
| | 11/12/2014 | 1 | D | COM | 14.31 | MCCX | 0.09 | |
| | 11/10/2014 | 3 | D | MED | 3.00 | MCCX | 14.40 | |
| | 11/10/2014 | 2 | D | MED | 3.00 | MCCX | 17.40 | |
| | 11/10/2014 | 1 | C | PAD | 20.40 | MCCX | 20.40 | |
| | 10/31/2014 | 1 | D | CBL | 0.07 | MCCX | | |
| | 10/16/2014 | 1 | D | COM | 6.18 | MCCX | 0.07 | |

Search:
NEXT FUNCTION: DATA:
F1-HELP F8-PAGEDOWN F9-QUIT F11-SUSPEND

TOP OF LIST

**I CERTIFY THIS IS AN A[illegible]**
**DESCRIPTION OF TH[illegible]**
**NAMED INMATE'S TR[illegible]**
**ACCOUNT FOR THE REQUESTED TIME PERIOD.**

Wilma Branstetter
Account Clerk
11-25-2014
MCCX

LTFE
BI19B39

TRUST FUND TRANSACTIONS
SELECT

DATE: 11/24/14
TIME: 01:52

Account: 00403067 GORDON, ANTWON — Actual Site: MCCX
Status: ACTV Sex: M Race: B Age: 28 — Assigned Site: MCCX
Current Balance: 16.73 Pending Balance:

| S | Trans Date | Seq No | Transaction Type/Code/Amount | | | Trans Site | Current Amount | Pend Amount |
|---|---|---|---|---|---|---|---|---|
| | 10/14/2014 | 2 | D | MED | 5.00 | MCCX | 6.25 | |
| | 10/14/2014 | 1 | C | PAD | 11.22 | MCCX | 11.25 | |
| | 09/02/2014 | 1 | D | COM | 5.33 | MCCX | 0.03 | |
| | 08/28/2014 | 1 | D | DAU | 9.06 | MCCX | 5.36 | |
| | 08/26/2014 | 4 | D | DBD | 4.00 | MCCX | 14.42 | |
| | 08/26/2014 | 3 | D | DBD | 4.00 | MCCX | 18.42 | |
| | 08/26/2014 | 2 | D | DBD | 5.00 | MCCX | 22.42 | |
| | 08/26/2014 | 1 | D | DBD | 4.58 | MCCX | 27.42 | |
| | 08/25/2014 | 6 | D | MED | 3.00 | MCCX | 32.00 | |
| | 08/25/2014 | 5 | D | MED | 3.00 | MCCX | 35.00 | |

Search:
NEXT FUNCTION: DATA:
F1-HELP F4-FIRST F7-PAGE UP F8-PAGEDOWN F9-QUIT F11-SUSPEND

I CERTIFY THIS IS AN ACCURATE DESCRIPTION OF THE ABOVE NAMED INMATE'S TRUST FUND ACCOUNT FOR THE REQUESTED TIME PERIOD.

Wilma Branstetter
Account Clerk
11-25-2014
MCCF

LTFE
BI19B39

TRUST FUND TRANSACTIONS
SELECT

DATE: 11/24/14
TIME: 01:52

Account: 00403067 GORDON, ANTWON — Actual Site: MCCX
Status: ACTV Sex: M Race: B Age: 28 — Assigned Site: MCCX
Current Balance: 16.73 Pending Balance:

| S | Trans Date | Seq No | Transaction Type/Code/Amount | | | Trans Site | Current Amount | Pend Amount |
|---|---|---|---|---|---|---|---|---|
| | 08/25/2014 | 4 | D | MED | 3.00 | MCCX | 38.00 | |
| | 08/25/2014 | 3 | D | MED | 3.00 | MCCX | 41.00 | |
| | 08/25/2014 | 2 | D | MED | 3.00 | MCCX | 44.00 | |
| | 08/25/2014 | 1 | D | MED | 3.00 | MCCX | 47.00 | |
| | 08/22/2014 | 1 | C | VPC | 50.00 | MCCX | 50.00 | |
| | 08/18/2014 | 1 | D | DAU | 8.94 | MCCX | | |
| | 08/14/2014 | 2 | D | COP | 0.15 | MCCX | 8.94 | |
| | 08/14/2014 | 1 | C | PAD | 9.09 | WTSP | 9.09 | |
| | ~~05/14/2014~~ | ~~3~~ | ~~D~~ | ~~DBD~~ | ~~0.42~~ | ~~WTSP~~ | | |
| | ~~05/14/2014~~ | ~~2~~ | ~~D~~ | ~~DBD~~ | ~~4.00~~ | ~~WTSP~~ | ~~0.42~~ | |

Search:
NEXT FUNCTION: DATA:
F1-HELP F4-FIRST F7-PAGE UP F8-PAGEDOWN F9-QUIT F11-SUSPEND

I CERTIFY THIS IS AN ACCURATE DESCRIPTION OF THE ABOVE NAMED INMATE'S TRUST FUND ACCOUNT FOR THE REQUESTED TIME PERIOD.

Wilma Branstetter
Account Clerk
11-25-2014
MCCA

## CERTIFICATE

TO BE COMPLETED BY AN AUTHORIZED
CUSTODIAN OF INMATE ACCOUNTS

I certify that the applicant herein has the sum of $ 16.73 on account to his/her credit at the Morgan County Correctional Complex (institution where the applicant is currently incarcerated). I further certify that the average balance in the applicant's trust fund account during the last six months was $ 24.28. A copy of the applicant's trust fund account (or an institutional equivalent) for the last six months is attached hereto.

[signature]
Signature of Authorized Officer

Sworn to and subscribed before me this
25th day of November, 2014.

[signature]
Notary Public

My commission expires 3-19-17.

BRENDA LUTTRELL
STATE OF TENNESSEE NOTARY PUBLIC
MORGAN COUNTY

Antwon, Gordon #403067
Unit 26-D-203
MCCC
Po Box 2000
Wartburg TN 37887

neopost
12/16/2014
US POSTAGE
$06.00
ZIP 37887
041L11241244

Outgoing
DEC 16 2014
MCCX
Privileged

United States Court House. Ste, 130
800 Market Street
Knoxville TN 37902-7902