UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Knoxville

FILED

2014 DEC 17 A 11:50

U.S. DISTRICT COURT
EASTERN DIST. TENN.

Antwon, Gordon )

)

) 3:14cv585

Reeves/Guyton

(Enter above the NAME of the plaintiff in this action.) )

V.

Terry Barlow, Patrick Hankins, David Sexton, Charles Sweat, Brandon Foster, Jason Gilbert, Deputy Comm. of Operations, James Woodall, State of Tennessee T.D.O.C & Unknown Correctional Officers.

(Enter above the NAME of each defendant in this action.) )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit:

Plaintiffs: ______

______

Defendants: ______

______

2. COURT: (If federal court, name the district; if state court, name the county): ______________________

3. DOCKET NUMBER: ______________________

4. Name of Judge to whom case was assigned: ______________________

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) ______________________

6. Approximate date of filing lawsuit: ______________________

7. Approximate date of disposition: ______________________

II. PLACE OF PRESENT CONFINEMENT: Morgan County Correctional Complex

A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

C. If your answer is YES,

1. What steps did you take? Filed A Grievance on Excessive use of Force & Being wrongfully Sprayed with Saber Red Chemical Agents & Lengthy Delay In Receiving medical Attention!

2. What was the result? The Excessive use of Force was Ignored & The Grievance Board, warden & Commissioner All Focused on The medical part Instead of The main Issue!

D. If your answer to B is NO, explain why not. ______________________

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

F. If your answer is YES,

1. What steps did you take? ______________________

2. What was the result? ______________________________

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Antwon Gordon

Present address: Morgan County Correctional Complex, Po Box 2000, WartBurg TN 37887

Permanent home address: 119 Susan St. Clarksville TN 37042

Address of nearest relative: Mom, Teresa Gordon, 2400 Buena Vista PK Apt 193 Nashville TN 37218

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: James Woodall

Official position: Deputy Commissioner of Operations

Place of employment: T.D.O.C. Rachael Jackson Building

C. Additional defendants: Terry Barlow, Patrick Hankins, David Sexton, Charles Sweat, Brandon Foster, Jason Gilbert, unknown Correctional officers, State of Tennessee T.D.O.C.

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

On 8-4-14 At 6:20pm Two Inmates Housed At west Tennessee State Prison Unit 3 B pod Cell 103 Assulted A Correctional officer while Being

(1)

Escorted To medical For Claims of Chest pain & Shortness of Breath. The assulted Took place in The middle of The Pod & was witnessed By other officers. One named C/o Toones & Another I Dont Remember Her name. But many Inmates were Also present That witnessed The Encounter. After The Assult Took place, They were Locked In Their Cell By The Pod officer C/o Toones, moments Before The Responding officers Arrived To The Pod To Assist The officer Being Attacked. When The Responding officers Arrived They Immediately Approached The Cell I was housed In which was 3-B-104 cell & Demanded my Cell mate & I To Get on The Floor. The Entire Pod of Residence & Also C/o Toones Informed The Responders To The Distress Call, That They were At The wrong Cell, But Ignored The Information Given & Proceded with Tactical Style Approach & Administered Chemical Agents into The Cell Tray Flap, Hitting me In my Face & Chest. & Sealed it Back allowing my Cell mate & myself To Choke & Gasp For Air Because we were unable To Breathe. My Cell mate & I were on The Floor not Resisting Even Though we were unable To Breathe. Upon The Request of The Angry mob of officers At The Cell Door. The Door Came Crashing open & we were handled with Extreme hostility with us being handcuffed, kneed, Choked & Roughed up in Retalliation For Their Co-worker Being Assulted. We were led Away In Restraints & Taken To medical. While heading To medical my Cell mate & I were Still Attempting To Inform The officers of The mistake That Had Just Taken place & This All A misunderstanding Because we are not

2

The individuals Responsible & They Have The wrong Cell, But we were Told To Shut up & They Do not want To hear Any Thing we Have To Say. Upon Arrival To medical we were Immediately placed in A holding Cell without Any medical Attention. I Started To Experience Swelling of The Eyes, Shortness of Breathe, Chest pains, irritation of my Skin, Nausea, headaches, Dizziness & Vomiting. By This time The warden was passing by The Segregated holding Cell we were Locked in & we Attempted To Inform him That its Been A mistake & we're not Responsible So warden Dickerson Told us we need To Shut up If we know what's Good For us. So we Did After A while The The Inmates who Actually Assulted The officer was Brought In handcuffed, But had not Been Pepper Sprayed or Showed no Signs That Force was used! Finally The Responding Staff memebers who viciously Stormed In To The Pod Seeking Retalliation For Their C/o's Assult Realized They Had Been So Enraged That They mistakenly Took my cell mate & I & held us Responsible For Something we Had no Involvements in. But After Roughly handling us Causing minor injury, Later Progressing into Allergic Reaction & Extensive Treatments. Because They Refused & Denied immediate Treatment After Being Sprayed & Roughed up violently. The next morning I was immediately Transferred After Requesting That I Be Given A Copy of The investigation Report & The names of All parties involved! I Arrived At mecc on 8-5-14 & Drafted my Grievance Through The Respected Procedures, But was Continously Given vague Answers & Responses Stating I was Actually One of The individuals Involved in Some Statements & in others

Claiming That The Officers were well within their Rights Despite of Their Negligence, Choice of Conduct & Language, Use of Force, & Attempts To Cover up incident. I was written up For Failure To Follow A Direct order By The Officers who Responded To The Distress Call, Given A hearing That was Later Dismissed & Diagnosed By Nurses Even Though I was never present For Either Event Which Raises Suspicion. All This Took place & I was never Informed until I Requested that A investigation Be Done. I was Then informed That my Grievance was Denied!

"Which Clearly Violated my 4th And 8th Amendments"

V Relief

I Also Ask punitive Damages From All Defendants To Be Properly Investigated & punished For Their Actions.

V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

I ASK That The Court Grant me The Following Compensatory Damages From The Following Defendants (1) Lt. Terry Barlow $25,000.00 (2) Sgt. Patrick Hawkins $25,000.00 (3) Unknown Correctional officers $25,000 (4) Warden David Sexton $15,000 (5) Chief of Security Charles Sweat $15,000.00 (6) Cpl. Brandon Foster $15,000.00 (7) Cpl. Jason Gilbert $15,000.00 (8) Deputy Comm. of Operations James Woodall $15,000.00 (9) State of Tennessee T.D.O.C. $100,000.00

SIGNED THIS 07 DAY OF December, 2014.

[signature]
SIGNATURE OF PLAINTIFF